**UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE**

Anthony M. Perrino

   v.                                            Case No. 20-cv-941-JL

Alexis White et al.

## REPORT AND RECOMMENDATION

The Court previously conducted preliminary review in this matter pursuant to 28 U.S.C. § 1915A(a) and LR 4.3(d)(1), and, on October 21, 2021, issued a Report and Recommendation (Doc. No. 6) ("R&R") recommending dismissal of some of the claims Plaintiff Anthony Perrino asserted in this matter, and an Order (Doc. No. 7) directing that other claims Mr. Perrino asserted be served on certain defendants. Mr. Perrino did not object to the R&R, and the District Judge approved the R&R in an Order issued November 29, 2021. See Doc. No. 12.

The copy of the November 29, 2021 Order sent to Mr. Perrino at the Northern New Hampshire Correctional Facility ("NCF"), the last address he provided to the Court. That correspondence was returned to the Court undelivered, with a stamp indicating that Mr. Perrino has been paroled. See Doc. No. 13. On December 15, 2021, the Court issued an Order directing Mr. Perrino to file a change of address with the Court by February 15, 2022, pursuant to his obligation to keep the Court apprised of any change of

address.  See LR 83.6(e) ("All persons who do not have permission to file electronically shall immediately notify the clerk's office in writing of any change of address and telephone number.").  The December 15, 2021 Order warned Mr. Perrino that failing to file a change of address could result in the dismissal of this case for failure to prosecute.[1]  Mr. Perrino has not filed a change of address, and has not filed any document in this case since July 15, 2021, when he filed an amended complaint (Doc. No. 5) pursuant to the Court's July 1, 2021 Order (Doc. No. 4).

It appears that Mr. Perrino has abandoned this case.  Accordingly, the District Judge should dismiss this matter in its entirety, without prejudice, for failure to prosecute.

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice.  See Fed. R. Civ. P. 72(b)(2).  The fourteen-day period may be extended upon motion.  Failure to file any objection within the specified time waives the right to appeal the district court's order.  See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir.

---

[1] The Court's December 15, 2021 Order was sent to Mr. Perrino at the NCF, and has not been returned to the Court.  The New Hampshire Department of Corrections ("DOC") online Inmate Locator, however, indicates that Mr. Perrino is not incarcerated within the DOC at this time.  See DOC Inmate Locator, https://business.nh.gov/inmate_locator/ (last visited Feb. 28, 2022).

2

2016). Only those issues raised by the objection(s) to this Report and Recommendation "'are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" Id. (citations omitted).

_____
Andrea K. Johnstone
United States Magistrate Judge

February 28, 2022

cc: Anthony M. Perrino, pro se