UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Anthony M. Perrino</u>

v.                                        Case No. 20-cv-941-JL

<u>Alex White, et al.</u>

<u>ORDER</u>

No objection having been filed, I herewith approve the Report and
Recommendation of Magistrate Judge Andrea K. Johnstone dated February
28, 2022 .  "'[O]nly those issues fairly raised by the objections to
the magistrate's report are subject to review in the district court
and those not preserved by such objection are precluded on appeal.'"
<u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st
Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848
F.2d 271, 275 (1st Cir.1988)); <u>see also</u> <u>United States v. Valencia-
Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to
file a specific objection to magistrate's report will waive the right
to appeal).

_____
Joseph N. LaPlante
United States District Judge

Date: March 21, 2022

cc:  Anthony M. Perrino, pro se
     Lawrence Gagnon, Esq.
     Nathan W. Kenison-Marvin, Esq.